UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-CR-00020-ECT-HB

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
|  | ) |  |
| ALAN GAINES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

This matter is before the Court on the Government's Motion to Unseal the Indictment.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is granted.

ENTERED:

Dated:  February 4, 2020

*s/Katherine M. Menendez*
Honorable Katherine M. Menendez
United States Magistrate Judge