UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    **ORDER**
                                    Criminal File No. 20-20 (MJD/HB)

(1) ALAN GAINES

      Defendant.

Carla M. Stern, Chester Choi, and Sandra Talbott, Trial Attorneys, U.S. Department of Justice, Antitrust Division, Counsel for Plaintiff.

Aaron R. Gott, Bona Law PC, and Travis L. Noble, Jr., Sindel Noble, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated August 4, 2020. Defendant Alan Gaines filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge

Bowbeer dated August 4, 2020.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated August 4, 2020 [Docket No. 55].

2. Defendant Alan Gaines' Motion to Dismiss or, in the Alternative, for an Order that the Rule of Reason Applies [Docket No. 31] is **DENIED**.


Dated:  September 1, 2020        s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court